

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00080-CV

Bret Wayne **HOOPER**,
Appellant

v.

**GENERATIONS COMMUNITY FEDERAL CREDIT UNION**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 352061
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED that Generations Community Federal Credit Union take nothing by its suit. It is ORDERED that Appellant Bret Wayne Hooper recover his costs of this appeal from Appellee Generations Community Federal Credit Union.

SIGNED June 12, 2013.

Karen Angelini, Justice